**2010–1414. Smith v. Santiago.**
In Habeas Corpus. On petition for writ of habeas corpus of Rodnie C. Smith. Sua sponte, cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1416. State ex rel. Will v. Burge.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2009–0863. State v. Omiecinski.**
Cuyahoga App. No. 90510, 2009-Ohio-1066. On motion to accept Proposition of Law No. I and hold the cause for the decision in 2009–1997, *State v. Hodge,* Hamilton App. No. C–080968. Motion denied. Motion to strike motion to modify denied as moot.

O'DONNELL, J., dissents.

**2009–0924. Kessler v. Totus Tuus, L.L.C.**
Ashtabula App. No. 2008–A–0011, 2009-Ohio-1147. On motion requesting an order that service be provided. Motion denied.

**2009–1024. State v. Blanchard.**
Cuyahoga App. No. 90935, 2009-Ohio-1357. On motion to accept Proposition of Law No. I and hold the cause for the decision in 2009–1997, *State v. Hodge,* Hamilton App. No. C–080968. Motion denied. Motion to strike motion to modify denied as moot.

O'DONNELL, J., dissents.

**2009–1622. State v. Aleshire.**
Ross App. No. 09CA3093, 2009-Ohio-3921. On motion for award of costs and expenses. Motion denied.

**2009–1866. State v. Harmon.**
Summit App. No. 24495, 2009-Ohio-4512. On motion to dismiss the appeal, vacate the original judgment, and dismiss the original indictment. Motion granted.

**2010–0276. In re Mullen.**
Hamilton App. Nos. C–090285 and C–090407, 185 Ohio App.3d 457, 2009-Ohio-6934. On motion for admission pro hac vice of John A. Knight by Carrie L. Davis, motion for admission pro hac vice of Austin R. Nimocks by Matthew J. Burkhart, and motions for admission pro hac vice of Rena M. Lindevaldsen and Mathew D. Staver by Horatio G. Mihet. Motions granted.

**2010–0651. State v. King.**
Muskingum App. No. CT2009–0047, 2010-Ohio-798. On motion for summary judgment. Motion denied.

**2010–1012. State v. Jones.**
Wood App. No. WD–09–011, 2010-Ohio-1600. On motion for stay of execution of court of appeals' judgment. Motion denied.

BROWN, C.J., and CUPP, J., dissent and would grant the stay conditioned upon bond.

**2010–1024. Henderson v. Saffold.**
In Habeas Corpus. On motions for stay of proceedings and for judgment. Motion denied.